# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CAROLINA CHRISTINA RAMIREZ,** **Defendant.** | CR 18-29-GF-BMM **ORDER** |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Superseding Indictment is dismissed against Carolina Christina Ramirez without prejudice.

DATED this 3rd day of June 2019.

_____
Brian Morris
United States District Court Judge

1